UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/2020

JOSEPH GUGLIELMO, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

ANIXTER INC.,

                Defendant.

1:20-cv-00022-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

WHEREAS, before this case was transferred to the undersigned, Judge Caproni stayed Defendant's time to respond until after the Initial Pretrial Conference in this case (ECF #5), it is hereby:

ORDERED that the stay of Defendant's time to answer or respond to the complaint imposed by Judge Caproni is lifted. Defendant must respond to the Complaint on or before March 18, 2020.

SO ORDERED

Dated: New York, New York
       February 25, 2020

_____
MARY KAY VYSKOCIL
United States District Judge