

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2020

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

jegan@seyfarth.com
**T** (212) 218-5291

www.seyfarth.com

March 12, 2020

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

**Granted. SO ORDERED.**

Date: 3/13/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

   **Re:**  *Guglielmo v. Anixter Inc.*,
     <u>Civil Action No.:1:20-cv-00022-MKV (S.D.N.Y.)</u>

Dear Judge Vyskocil:

  This office represents Defendant Anixter Inc. ("Defendant") in the above-referenced matter. We write, with Plaintiff's consent, to respectfully request an extension of Defendant's deadline to respond to the Complaint, which is presently March 18, 2020. This is the first request for an extension of this deadline.

  By way of background, Plaintiff filed the Complaint on January 3, 2020. (ECF No. 1.) On January 6, 2020, Judge Valarie Caproni stayed Defendant's time to move against or answer the Complaint until the date of the Initial Pretrial Conference, which is scheduled for May 8, 2020. (ECF No. 5.) On February 25, 2020, the Court lifted the stay of Defendant's time to answer or respond to the Complaint and ordered that Defendant respond to the Complaint on or before March 18, 2020. (ECF No. 9.)

  Defendant respectfully requests an extension of the time to respond to the Complaint, up to and including April 17, 2020. The reason for this request is to provide Defendant with additional time to investigate the allegations and explore a potential early resolution with Plaintiff. The parties have commenced settlement discussions as of the date of this writing. The undersigned has communicated with counsel for Plaintiff, and Plaintiff consents to the request. We submit this request in good faith and not to cause undue delay. The proposed extension will not affect any other scheduled dates.

  We thank the Court for its time and attention to this matter, and for its consideration of this request.

62212068v.1



        Respectfully submitted,

        SEYFARTH SHAW LLP

        */s/ John W. Egan*

        John W. Egan

cc:    All counsel on record (via ECF)