UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2020
```

JOSEPH GUGLIELMO, on behalf of himself and all others similarly situated,

                 Plaintiff,

-against-

ANIXTER, INC.,

                 Defendants.

1:20-cv-00022-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

It having been reported to this Court by the Parties that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by May 18, 2020. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: April 17, 2020
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**